UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO:  1:11CR35 |
| | ) | |
| | ) | ORDER ON MOTION FOR |
| | ) | REDUCTION IN SENTENCE |
| V. | ) | UNDER 18 U.S.C. § 3582(c)(1)(A) |
| | ) | |
| SCOTT CONZELMANN | ) | (COMPASSIONATE RELEASE) |
| | ) | |

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons for a reduction

in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors set

forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing

Commission to the extent they are relevant to whether a deduction is warranted (and, if so, the

amount of the reduction),

IT IS ORDERED that the motion is:

☐ GRANTED

    ☐ The defendant's previously imposed sentence of imprisonment of _____

is reduced to _____; or

    ☐ Time served:

        ☐    The defendant is to remain in Bureau of Prisons custody until the

defendant's residence can be verified *or* a release plan can be developed.

Additional custody shall not exceed _____ days unless extended by the

Court, or

        ☐    An appropriate release plan is in place and the defendant shall be released

immediately.

SUPERVISED RELEASE

☐ The defendant's term of supervised release is unchanged.

☐ The defendant's term of supervised release is changed from _____ to _____.

☐ The defendant's conditions of supervised release are unchanged.

☐ The defendant's conditions of supervised release are modified as follows:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

☐ DEFERRED pending supplemental briefing and/or a hearing.  The court DIRECTS the United States Attorney to file a response on or before _____, along with all Bureau of Prisons records [medical, institutional, administrative] supporting the approval or denial of this motion.

■ DENIED after complete review of the motion on the merits.

■ FACTORS CONSIDERED (Optional)

Defendant has not presented an extraordinary and compelling reason for a sentence reduction.  As an initial matter, he does not elaborate an any health concerns he has in light of the COVID-19 pandemic.  Rather, his concerns seem to be based on the presence of the virus alone, which is not enough.  Moreover, Defendant received a vaccination against the virus, mitigating whatever risks he faced.  Defendant's second stated reason - difference in sentencing law - is similarly inadequate. Defendant could not attack his sentence in a typical fashion (i.e., under section 2255, *see Bullard v. United States*, 937 F.3d 654 (6th Cir. 2019)), and the Court will not render typical procedures useless by authorizing section 3582(c)(1)(A) as an "end run around." *See United States v. Tomes*, 990 F.3d 500, 505 (6th Cir. 2021).  Since no extraordinary and compelling reason for a reduction in sentence exists, the Court **DENIES** Defendant's Motion (Doc. 65).

☐ DENIED WITHOUT PREJUDICE for failure to exhaust remedies (failure to fully exhaust all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf; the lapse of 30 days from the receipt of such a request by the Warden, whichever is earlier).

IT IS SO ORDERED.

 4/13/2021                                               s/ Christopher A. Boyko
_____                    _____
DATE                                                     SENIOR UNITED STATES DISTRICT JUDGE